Case 7:21-cv-00109-TTC-RSB Document 1 Filed 02/22/21 Page 1 of 6 Pageid#: 1
CLERKS OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
2/22/2021
JULIA C. DUDLEY, CLERK
BY: S. Taylor
DEPUTY CLERK
721cv00109

1). Civil Action Lawsuit 2/16/2021

Culpeper County Jail Co

David Franklin Brown #227225 SOC XXX-XX-7706  Culpeper Co. Jail
   Plaintiff, Warden Scott Jenkins  131 West Cameron Str.
   V.  Culpeper VA 22701

Commonwealth of VA.  Case No, CR94000147-01 & 02
Commonwealth of VA
Department of Corrections
Deep Meadow Correctional, Powhatan VA
Warden, Alton Baskerville, Ron Angelone Director of VA Prisons
   Defendants

This is to inform The Commonwealth of Virginia, Commonwealth of Virginia Deparment of Corrections, IN Nineteen Ninety five I David F. Brown #227225 was Illegally Transfered to A out of State Prison, The State And Federal Laws were misused, And Broken The U.S.C.S 1202 explains many violations for Being Held against an Individuals will, Detained Against The proper Federal State Procedures, Be flown By air craft to The State of Texas eighteen hundred miles from the State of MY Conviction. I was forced to leave

David F Brown 2/16/2021
David F Brown 2/16/2021

2) Civil Action     Lawsuit
1) Deep meadow Correctional in Hand Cuffs, Shackels, Being Told to shut up when asked questions about Departure, This made me feel like I was being kidnaped. The Deparment of Correction Loaded me on a bus, That went to Richmond International Airport. The exchange of Custody, was Handed over to The Department of Corrections From the State of Texas, But Housed Under a private owed firm Call The Bobby Ross Groupe, The The Bobby Ross Group Contracted Bed space from Texas Department of Corrections, We were Housed In Newton County Texas. The Commonweath of va, va Department of Corrections Forced me, others to leave The State of va By ~~~~~~ Violating our Constitutional Rights. Back Ground Facts Still in Recorded Filings Shall explain Multi Jurisdictional violations, Hand Cuffed Shuckeled,

David E Brown
2/16/2021

3)
civil Action Lawsuit

Threated, loaded in over crowded Aircraft

out of State Guidlines That Did not Consist with my prison

Term, I was not A Federal Inmate to be escorted from

State to State, They Transported Me with out a Conviction

that Belonged to The State of Texas, Violation of Federal Laws

From Nineteen Ninety five to Nineteen ninety seven, Two years

living with out Visits, love ones passing away, using a Remady

To ease over crowdedness, But at the Same time, In violation

of offender Constitutional Rights, Having to leave the

State of my Birth By force to fix And Satisfy future

Needs towards other Prisons. My life left filled with Danger

on An Air Craft that was not Commercial, Belonging to a

Hockey Team in Florida, that I Did not meet the Criteria

To aboard in the first place. The State of Texas

David F Brown
2/16/2021

4) Civil Action Lawsuit                                    2/16/2021

Housing Inmates for another Contractor to Rent

From Department of Corrections in The State of Va.

I Don't Concider my Self as Live Stock, Animals Are

Shipped And Assorted out the same way. I See Conspiricy

to Harbor An offender for exchange to Satisfy 2 two Agencies

The violations Commited meet Federal Criteria for

Damages, Pain, Suffering, Being Illegally Transported By

No Means of Destanation, Transportation Could Have been

~~[struck]~~ Deadly, Helpless Restrained. Inter State Transporting

By force is a Felony Punishable By law, U.S. Currency

was involved. I Plaintiff Seeks Damages for the following

pain, Suffering, Having to leave Birth State By force, mental anquish,

violation of Constitutional Rights, Being Transported across state

Lives Nulawful, Two Hundred Thousand Dollars    $ 200,000.00

David F Brown 2/16/2021

David F Brown #1135882
135 West Cameron Str.
Culpeper Court Jail
Culpeper va 22701

Legal

NOVA 220
19 FEB 2021 PM 3 L

Clerk
United States
Federal Court Building
Charlottesville Va 22901

22901-999955

Culpeper County Jail
131 W. Cameron Street
Culpeper VA 22701
Uncensored
Inmate Mail